UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 5:19-CR-80-DCR-MAS |
| ) | |
| MARCOS GONZALEZ GARFIAS, ) | **RECOMMENDED DISPOSITION** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Defendant Marcos Gonzalez Garfias filed a Motion to Suppress seeking to suppress pre-*Miranda* warning statements made during his arrest on March 25, 2019. [DE 41]. Accordingly, the United States filed a response in which it agreed to "not introduce at the trial the Defendant's statements to law enforcement on March 25, 2019". [DE 43]. Accordingly, because the United States agrees not to introduce evidence of Defendant's pre-*Miranda* warning statements to law enforcement on March 25, 2019, the Court **RECOMMENDS** that the District Court **DENY AS MOOT** the Motion to Suppress [DE 41].

The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights concerning this recommendation, issued under subsection (B) of said statute. As defined by § 636(b) (1), Fed. R. Crim. P. 59(b), and local rule, any party may serve and file written objections to any or all portions for consideration, de novo, by the District Court within 14 days of the entering of this Order.

Entered this the 31st day of May, 2019.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge